# United States Court of Appeals for the Federal Circuit

---

**PAMELA BENNETT, JAMES BENNETT,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1242

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00871-EHM, Judge Edward H. Meyers.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

November 12, 2024
Date

Jarrett B. Perlow
Clerk of Court